UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KAYLA RUSH,     PLAINTIFF

V.     CIVIL ACTION NO. 1:19-CV-946-HSO-RPM

JACKSON COUNTY, ET AL.,     DEFENDANTS

## ORDER

This matter is before the Court *sua sponte*. On November 3, 2021, this Court administratively closed the instant case. Doc. [148]. At that time, plaintiff Kayla Rush ("Rush") was not able to move her case forward because she had not opened an estate for the plaintiff's decedent, Cindy M. Arnold. *Ibid.* During a March 28, 2022 status conference, Rush represented that she is now able to proceed with her case. Therefore, the Court concludes that the instant case should be reopened and the stay lifted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the instant case is **REOPENED** and the stay is **LIFTED.**

**SO ORDERED AND ADJUDGED**, this the 13th day of April 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE