# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

KAYLA RUSH, Individually and as Daughter and Next of Friend of Cindy M. Arnold,

    Plaintiff,

vs.

JACKSON COUNTY, *et al*

    Defendants.

Case No.:  1:19-cv-946-HSO-RPM

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their respective counsel, and pursuant to the Federal Rule of Civil Procedure 41(a), state that Plaintiff KAYLA RUSH and all remaining Defendants in this suit who have not been previously dismissed, particularly; JACKSON COUNTY, COMPREHENSIVE MEDICAL ASSOCIATES, INC. and, VIOLET SMITH, hereby stipulate and agree that any and all claims and disputes whatsoever between the parties have been settled and that this action should be dismissed with prejudice and that each party is to bear their own attorneys' fees, costs, and expenses incurred in this action.

Dated this 4th day of May, 2023.

/s/ J. Christopher Klotz
J. Christopher Klotz
Stevenson Klotz Injury Lawyers
Mississippi  Bar No. 9319
510 E. Zaragoza Street
Pensacola, FL  32502
(850) 444-0000
(866) 251-7888 – Facsimile
chris@stevensonklotz.com
servicejck@stevensonklotz.com
Attorney for Plaintiff

/s/ Charles Cowan
Charles E. Cowan
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
601/968-5514
Fax: 601/968-5519
Email: cec@wisecarter.com
Attorney for CMA and Violet Smith

/s/ James Colmer
James H Colmer , Jr
OFFICE OF THE BOARD ATTORNEY - Jackson County
P. O. Box 998
Pascagoula, MS 39568-0998
228/769-3371
Fax: 228/769-3119
Email: jcolmer@jcboardatty.com
Attorney for Jackson County